AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Jose Fredy Zayas-Salazar**

United States District Court
Southern District of Texas
**FILED**
NOV 13 2018

Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-18-2351-M

IAE  YOB: 1976
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 12, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Fredy Zayas-Salazar was encountered by Border Patrol Agents near Sullivan City, Texas on November 12, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 12, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 15, 2018, through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 31, 2017, the Defendant was convicted of Drugs: Sell/Provide for Resale and was imposed a ten (10) years sentence with two (2) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
**Claudia Garcia                Senior Patrol Agent**

Sworn to before me and subscribed in my presence,
**November 13, 2018**

**Scott J. Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer